**People of the State of Illinois, Plaintiff-Appellee, v. Willie E. Virgil, Defendant-Appellant.**

**Gen. No. 53,634. (Abstract of Decision.)**

First District, Third Division.

October 30, 1969.

Albert Brooks Friedman, of Chicago, for appellant; no appearance for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.